## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:97CR200 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PATRICK JOINER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jennifer L. Gilg and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Patrick Joiner (Joiner) (Filing No. 173).  Ms. Gilg represents she has a conflict of interest in this matter.  Ms. Gilg's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 173) is granted.  John J. Velasquez is appointed to represent Joiner for the balance of these proceedings pursuant to the Criminal Justice Act.  Ms. Gilg shall forthwith provide Mr. Velasquez with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gilg which are material to Joiner's defense.

The clerk shall provide a copy of this order to Mr. Velasquez and he shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 27th day of March, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge