# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:97CR200 |
| PATRICK JOINER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **April 9, 2007** at **10:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- SEALED  Motion [176]

    Pursuant to defendant's request, Motion [176] shall be deemed sealed.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 3rd day of April, 2007.

                         BY THE COURT:

                         s/Thomas D. Thalken
                         United States Magistrate Judge